(38 South. 151.)

No. 15,357.

Succession of FULLERTON.

(Feb. 27, 1905.)

APPEAL—JURISDICTION—DISMISSAL—TRANSFER TO PROPER COURT.

No appeal lies to this court from a judgment homologating an administrator's account which purports to distribute a fund not exceeding $2,000, exclusive of interest, and the court must, in such cases, ex proprio motu, take notice of its want of jurisdiction, and dismiss the appeal, unless the appellant or his attorney of record complies with the requirements of Act No. 56 of 1904, necessary to entitle him to an order transferring the cause to the proper court.

(Syllabus by the Court.)

Appeal from Third Judicial District Court, Parish of Claiborne; Benjamin P. Edwards, Judge.

In the matter of the succession of F. A. Fullerton, deceased. From a judgment homologating the account, opponents appeal. Transferred to the Court of Appeal on conditions.

Enos Howard McClendon, for appellants. Richardson & Richardson, for appellee.

MONROE, J. This is an appeal from a judgment homologating an account which purports to distribute a fund amounting to $941.16. Neither the amount nor any question involved brings the case within the appellate jurisdiction of this court, a fact of which the court must, ex proprio motu, take notice.

Agreeably to the provisions of Act No. 56 of 1904, therefore, it is ordered and adjudged that, in the event that the appellants or their attorney of record make oath, before the expiration of six judicial days from the day upon which this decree is handed down, that the appeal herein was not taken for the purpose of delay, this cause be transferred to the Court of Appeal for the parish of Claiborne, to be there proceeded with according to law; otherwise, and in case such oath is not made as thus required, the appeal herein be, and is hereby, dismissed.